UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JENNIFER HURNS,               :

           Plaintiff,      :

    -against-              :         ORDER

SUNRISE SENIOR LIVING INC., ET AL.,     :      09 Civ. 3702 (BSJ)(KNF)

          Defendants.     :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A conference was held with counsel to the respective parties on March 22, 2010. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

    1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before October 12, 2010;

    2.    a telephonic status conference will be held with the parties on September 21, 2010, at 2:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date; and

    3.    the parties' joint pretrial order shall be submitted to the Court on or before November 12, 2010. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
       March 22, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE